# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**ISIAH WHITE, Individually and**                                            **PLAINTIFF**
**on Behalf of All Others Similarly Situated**

**v.**                                **Case No. 4:20-cv-00742-KGB**

**SKIPPY FOODS, LLC,** *et al.*                                               **DEFENDANTS**

## ORDER

Before the Court plaintiff Isiah White's unopposed motion for voluntary dismissal without prejudice (Dkt. No. 8). Mr. White desires to dismiss voluntarily this lawsuit under Federal Rule of Civil Procedure 41 (*Id.*, ¶¶ 1, 3). Mr. White's counsel has conferred with counsel for defendants Skippy Foods, LLC ("Skippy"); Hormel Corporation ("Hormel"); Hormel Foods Corporate Services, LLC ("HFCS"); and Hormel Foods Sales, LLC ("HFS") (collectively, "defendants"), and defendants do not oppose this motion (*Id.*, ¶ 6). For good cause shown, the Court grants Mr. White's unopposed motion for voluntary dismissal without prejudice (Dkt. No. 8). The Court dismisses Mr. White's claims without prejudice.

So ordered this the 21st day of October, 2020.

                                                                         _____
                                                                         Kristine G. Baker
                                                                         United States District Judge